

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00098-CR

Eric Lashan **MACK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10162
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 19, 2014.

_____
Catherine Stone, Chief Justice